UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JESUS CRISTERNA LUCAS,<br><br>                Defendant. | CASE NO. 25-137JLR<br><br>**DETENTION ORDER** |

The Court held a detention hearing as the charged offense falls under 18 U.S.C. § 3142(e)(2), and the Government moved for detention under 18 U.S.C. § 3142(f)(1).

## Statement of the Reasons for Detention

The Court has considered all applicable presumptions, the nature and circumstances of defendant's alleged conduct, the weight of the evidence, the defendant's history and characteristics, whether defendant was on parole, supervision, probation or some other form of release; the nature and seriousness of the danger to others that would be posed by release; other factors set forth in 18 U.S.C. § 3142(g), the information presented at the detention hearing, and the available conditions of release under 18 U.S.C. § 3142(c), and finds defendant shall be detained pending trial because the Government has established either by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community, or by a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

The Court orders Defendant's detention for the reasons set forth during the detention hearing and the following specific enumerated grounds: ground numbers 1, 3, 5, 15, and 18..

DETENTION ORDER - 1

1. The defendant knowingly and voluntarily stipulated to detention.
2. Nature and circumstances of the offense.
3. The offense charged is a crime of violence, a violation of § 1591, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device.
4. Weight of evidence against the defendant is strong.
5. Defendant faces lengthy imprisonment if convicted.
6. Lack of significant family or other ties to the community.
7. Significant family or other ties outside the United States.
8. Subject to removal or deportation after serving any period of incarceration.
9. Lack of stable residence.
10. Lack of stable employment.
11. Lack of financially responsible sureties.
12. Attempts to evade law enforcement.
13. Use of alias or false documents.
14. Alcohol or substance abuse.
15. Prior criminal history.
16. History of violence or use of weapons.
17. Prior violations of probation, parole, or supervised release.
18. Prior failure to appear in court as ordered.
19. On probation, parole, and/or release pending further proceedings at the time of the alleged offense.
20. Participation in criminal activity while on probation, parole, or supervision.
21. Release poses serious danger to any person or the community, or obstruction or intimidation of witnesses or jurors.

## Directions Regarding Detention

The defendant is remanded to the custody of the Attorney General or their designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting, serving sentences or pending appeal. Defendant shall be provided reasonable opportunity for private consultation with defense counsel. On the order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to a United States Marshal for the purpose of appearing in a court proceeding.

/
/
/
/

DETENTION ORDER - 2

The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 11h day of July, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3